**Order filed March 26, 2019.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00896-CV**

_____

**CITY OF HOUSTON, ET AL., Appellants**

**V.**

**HOUSTON MUNICIPAL EMPLOYEE PENSION SYSTEM, Appellee**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause Nos. 2015-35252**

_____

**NO. 14-19-00142-CV**

_____

**CITY OF HOUSTON, ET AL., Relators**

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
333rd District Court
Harris County, Texas
Trial Court Cause Nos. 2015-35252 and 2015-35252A**

# ORDER

On December 7, 2018, the City of Houston, et al., filed an amended notice of appeal appealing a severance order and a judgment. That appeal was assigned our case number No. 14-18-00896-CV.

On February 20, 2019, the City of Houston, et al., filed a petition for writ of mandamus complaining of the same severance order and judgment. That original proceeding was assigned our case number 14-19-00142-CV.

Today, the court, on its own motion, orders the appeal and original proceeding CONSOLIDATED.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.